IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0325

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

AUSTIN ALLEN MILLARD,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including February 9, 2023, within which to prepare, serve, and file its response brief.

BF

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 3 2023